**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2620**

---

ELDON WAYNE RILEY, JR.,

Plaintiff - Appellant,

versus

WEYERHAEUSER PAPER COMPANY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-94-11-3-MU)

---

Submitted: January 23, 1997          Decided: January 31, 1997

---

Before RUSSELL, WILKINS,[*] and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eldon Wayne Riley, Jr., Appellant Pro Se. Max Daniel McGinn, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*] Judge Wilkins did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Appellant appeals the district court's order denying his motion for relief under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Riley v. Weyerhaeuser Paper, No. CA-94-11-3-MU (W.D.N.C. Oct. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED